1  SCOTT N. SCHOOLS   (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL  (CSBN. 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE  (ASBN 4305-T78O)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-6935

7  Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>MARLENE LOW, Revenue Officer,<br><br>    Petitioners,<br><br>  v.<br><br>CHARLES E. WILSON,<br><br>    Respondent. | Case No. C-07-2501-EMC<br><br><br><br>CONSENT TO PROCEED BEFORE A<br>UNITED STATE MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § Section 636(c), petitioners Untied States of America and Marlene Low, through the undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                            /s/ Thomas Moore
                            THOMAS MOORE
                            Counsel for Petitioners