UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C07-2501 EMC |
| Plaintiff, | |
| v. | CLERK'S NOTICE |
| CHARLES E. WILSON, | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the **Order to Show Cause** set for August 8, 2007 at 10:30 a.m. has been reset for **August 15, 2007 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Briefing schedule remains the same as stated in the Order to Show Cause filed on June 12, 2007. The Case Management Conference has also been reset from August 8, 2007 at 10:30 a.m. to August 15, 2007 at 10:30 a.m. A Joint Case Management Statement shall be filed by August 8, 2007. Plaintiff is ordered to serve a copy of this notice upon Defendant.

Dated: July 3, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy