1  SCOTT N. SCHOOLS (SCSB 9990)
   United States Attorney
2  JAY R. WEILL (CSB 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS MOORE (ASB 4305-T78O)
4  Assistant United States Attorney
   10th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6935

7  Attorneys for the United States of America

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA and        )
   MARLENE LOW, Revenue Officer        )   No. C-07-2501-EMC
12                                     )
                Petitioners,            )
13                                     )
        v.                              )
14                                     )   PROOF OF SERVICE AND
   CHARLES E. WILSON,                  )   DECLARATION OF DOUG KELLY
15                                     )
                Respondent.             )
16 _____)

17      I, DOUG KELLY, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

18      1.    I am a Revenue Officer with the Internal Revenue Service of the United States

19 Department of Treasury at 1301 Clay Street, 1040S, Oakland, California 94612.

20      2.    On June 25, 2007 at approximately 10:09 a.m., I personally served a copy of the Order

21 to Show Cause Re Enforcement of Internal Revenue Service Summons and the Verified Petition To

22 Enforce Internal Revenue Service Summons on Charles E. Wilson at 2560 9th Street, Suite 315,

23 Berkeley, California 94710.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on July 26, 2007, Oakland, California.

26
                                                    /s/ Doug Kelly
27                                                  _____
                                                    DOUG KELLY
28

## CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE AND DECLARATION OF DOUG KELLY**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

_____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

CHARLES E. WILSON
2560 9TH STREET, SUITE 315A
BERKELEY, CA 94710

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 31, 2007** at San Francisco, California.

**KATHY TAT**
**Legal Assistant**