**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

<u>**E-FILING**</u>

| | |
|---|---|
| **Date:** August 1, 2007 | |
| **Case No:** C07-2501 EMC | **FTR Time:** 10:39-10:44 a.m. |
| | **Court Reporter:** Connie Kuhl |

**Case Name:**   USA v. Charles E. Wilson

**Attorneys:**   Thomas Moore and Michael Adelsheim, LC for Plaintiff
                 Charles Wilson, pro se Defendant

**Deputy Clerk:**   Betty Fong

**PROCEEDINGS:**

-(1) ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS

- (2) CASE MANAGEMENT CONFERENCE

**ORDERED AFTER HEARING:**

Plaintiff's motion for an order enforcing summons is granted.  Defendant informed court that he will pay taxes within two weeks.   Court will issue order directing defendant to appear before the IRS on 9/5/07 at 10:00 a.m. to produce records and give testimony.  Court will issue detailed order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

**cc: EMC / Defendant**

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Charles Wilson
2560 9th St., Suite 315A
Berkeley, CA 94710

Dated: August 1, 2007

RICHARD W. WIEKING, CLERK

By: _____
Betty Fong
Deputy Clerk