E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and MARLENE LOW, Revenue Officer<br><br>Petitioners,<br><br>v.<br><br>CHARLES E. WILSON,<br><br>Respondent. | No. C-07-2501-EMC<br><br><br><br><br><br>**ORDER ENFORCING SUMMONS** |

On August 1, 2007, this matter came on to be heard upon this Court's Order to Show Cause Re Enforcement of Internal Revenue Service Summons. Thomas Moore and Michael Adelsheim appeared for the petitioners. Charles E. Wilson appeared on his own behalf. For the reason that the respondent Charles E. Wilson failed to show cause why he should not be ordered to appear and provide documents and testimony as required by the summons previously served upon him, it is

**ORDERED** that Charles E. Wilson shall appear before Revenue Officer Marlene Low, or other designated agent, on **Sept. 5**, at **10:00** a.m., at the Internal Revenue Service offices located at 1301 Clay Street, 1040S, Oakland, CA 94612, and then and there produce the records and give testimony relating to the matters described in the subject internal revenue service summons at issue in this matter.

**ORDERED** this **1st** day of **August**, 2007 at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE