SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6935

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and Marlene Low, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>CHARLES E. WILSON,<br><br>Respondent. | No. C-07-2501-EMC<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

On August 2, 2007, the Court entered its Order Enforcing Summons in this matter. Pursuant to the Order Enforcing Summons respondent has now appeared before the petitioner and complied with the Court's order.

Because Respondent has complied with summons and order, the United States of America asks that this matter be dismissed with prejudice.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Tax Division

**IT IS SO ORDERED.**

**ORDERED** this _____ day of September, 2007 at San Francisco, California.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**REQUEST FOR DISMISSAL AND ORDER THEREON**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

CHARLES E. WILSON
2560 9TH STREET, SUITE 315A
BERKELEY, CA 94710

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 13, 2007** at San Francisco, California.

                                               /s/ Kathy Tat
                                        **KATHY TAT**
                                        **Legal Assistant**